Insta Girl in May 1970, he gradually displaced defendant as the main sales representative of the company. Defendant only maintained contact with Insta Girl customers through business luncheons. Perhaps this is reflected in Lind's testimony that Insta Girl has lost none of its clients since defendant left as an employee on September 15, 1971.

It is true that defendant has called on customers of Insta Girl in his capacity as a Right Girl employee. However, this fact takes on less importance when one notes that these businesses were not only customers of Insta Girl but of Right Girl and other temporary service companies as well. This is in accord with the trade practice that a particular business will generally use several temporary service companies to fulfill its need for temporary help.

The other evidence plaintiffs presented as probative of the issue of irreparable harm is that sales of Insta Girl have not picked up following the slow summer period. But we feel that this fact does not justify the issuance of the injunction, particularly when we take note of the fact that defendant started his employment with Right Girl on September 13, 1971, and plaintiffs' witness was testifying at a hearing held on October 12, 1971. It does not show the great urgency usually surrounding the granting of such relief.

Therefore we feel that the issuance of the preliminary injunction was unwarranted since plaintiffs failed to clearly show that they would be irreparably harmed if the injunction did not issue.

The order of the circuit court is reversed.

Order reversed.

LORENZ, P. J., and ENGLISH, J., concur.

RICKY BLACKWELL, a minor, by PAULINE BLACKWELL, his mother and next friend, Plaintiff-Appellee, v. THE VILLAGE OF STONE PARK, Defendant-Appellant.

(No. 54059;

First District—March 13, 1972.

Donald J. Miller, of Chicago, for appellant.

Cooney & Stenn, of Chicago, (William J. Harte, of counsel,) for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARY L. HALL *et al.,* Defendants-Appellants.

(Nos. 54668, 54670 cons. ▮▮▮▮▮▮▮▮

First District—March 13, 1972.

Gerald W. Getty, Public Defender, of Chicago, (Saul H. Brauner, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Nicholas D. Taubert, Assistant State's Attorneys, of counsel,) for the People.